**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

State Farm Fire and Casualty Company,

Plaintiff,

v.

Weis Builders, Inc., Hurley Construction, Inc., and Main and Main, LLC,

Defendants.

Case No. 20-CV-0733 (SRN/ECW)

**ORDER**

---

Alex Rubenstein, C. Todd Koebele, and Scott G. Williams, HKM, P.A., 30 East Seventh Street, Suite 3200, St. Paul, MN 55101 for State Farm Fire and Casualty Company.

Amy M. Sieben and Bradley D. Fisher, Fisher Bren & Sheridan LLP, 920 Second Avenue South, Suite 975, Minneapolis, MN 55402 for Weis Builders, Inc.

Mark R. Becker, Fabyanske, Westra, Hart & Thomson, PA, 333 South Seventh Street, Suite 2600, Minneapolis, MN 55402 for Main and Main, LLC.

---

The Court having been advised that the above case has been settled,

IT IS ORDERED that this action is hereby dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: January 20, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge